Opinion filed February 4, 2010











 
 
  
 
 







 
 
  
 
 




Opinion filed February 4, 2010

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00155-CR

                                                    __________

 

                               MACE GREGORY GIFFORD, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                               On
Appeal from the County Court

 

                                                        Eastland
County, Texas

 

                                                   Trial
Court Cause No. 08-390

 



 

                                             M E
M O R A N D U M    O P I N I O N

Mace
Gregory Gifford has filed in this case a motion to dismiss his appeal.  The
motion is signed by both appellant and his attorney.  The motion is granted,
and the appeal is dismissed.

 

PER CURIAM

 

February 4, 2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.